UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17 CR 176 |
| | ) |
| JOSE GUTIERREZ-VILLASENOR, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILY AND ADJUDICATION

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE # 12), to which the defendant has not objected,[1] and subject to this court's consideration of the Plea Agreement (DE # 2) pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count One of the Information (DE # 1) is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense.

**SO ORDERED**.

Date: February 12, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Objections to the findings and recommendation were due February 7, 2018. (*See* DE # 12.)